AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| RB Rubber Products, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| ) | **CV '11 - 319 AC** |
| ECORE International, Inc., f/k/a Dodge-Regupol, Inc. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ECORE International, Inc., f/k/a Dodge-Regupol, Inc.
716 Fountain Avenue
Lancaster PA 17608

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paul S. Bovarnick, Rose Senders and Bovarnick, LLC, 1205 NW 25th Avenue, Portland, OR 97210 and Eric D. Holland, Steven J. Stolze and R. Seth Crompton, Holland, Groves, Schneller & Stolze, LLC, 300 N. Tucker, Suite 801, St. Louis, MO 63101, Attorneys for Plaintiff RB Rubber Products Inc.

RB Rubber Products, 904 NE 10th Avenue, McMinnville, OR 97128, Plaintiff.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, Clerk of Court
*CLERK OF COURT*

Date: MAR 17 2011

Janett Cubias
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __ECORE International, Inc__
was received by me on *(date)* __4/5/2011__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Mary Arment__, who is designated by law to accept service of process on behalf of *(name of organization)* __ECORE International, Inc.__ on *(date)* __4/6/2011__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4/6/2011__

_____
Server's signature

__Sean L. Hall Investigator__
Printed name and title

__4127 Millbrook Road, Mt Joy PA 17552__
Server's address

Additional information regarding attempted service, etc: